IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JOHN DOE, § | |
| § | |
| *Movant*, § | |
| § | Civil Action No. _____ |
| § | |
| v. § | Related to *PDV USA, Inc. v.* |
| § | *Interamerican Consulting, Inc.*, No. |
| § | 20-cv-3699 (S.D.N.Y.) |
| INTERAMERICAN CONSULTING, INC., § | |
| § | |
| *Respondent*. § | |

_____

**MOVANT'S MOTION TO QUASH**
_____

Movant John Doe moves to quash a subpoena for documents and deposition testimony served on him by Interamerican Consulting, Inc. (the "Subpoena"). For the reasons stated in the Memorandum of Law, there is good cause to quash the Subpoena, and Movant respectfully requests that this Court grant its Motion.

Dated: November 10, 2022          Respectfully submitted,

                                  /s/ Robert L. Ashe III
                                  Robert L. Ashe III
                                  Ga. Bar No. 208077
                                  Solesse L. Altman
                                  Ga. Bar No. 442827
                                  **BONDURANT, MIXSON & ELMORE, LLP**
                                  1201 W Peachtree St NW
                                  Suite 3900

Atlanta, GA  30309-3417
Phone: 404-881-4100
Fax: 404-881-4111
ashe@bmelaw.com
altman@bmelaw.com

Andrew B. Ryan (*pro hac* forthcoming)
Texas Bar No. 24054464
Mitchell R. Garrett (*pro hac* forthcoming)
Texas Bar No. 24101795
**RYAN LAW PARTNERS LLP**
3811 Turtle Creek Blvd., Suite 780
Dallas, Texas 75219
T: (214) 347-7377
F: (888) 594-6240
E: andy@ryanlawpartners.com
E: mitch@ryanlawpartners.com

*Counsel for Movant*

## CERTIFICATE OF COMPLIANCE

The undersigned attorney hereby certified that the foregoing was prepared in accordance with N.D. Ga. L.R. 5.1, using Times New Roman font, 14 point.

*/s/ Robert L. Ashe III*
Ga. Bar No. 208077

## CERTIFICATE OF CONFERENCE

I hereby certifies that I conferred with counsel for Interamerican on November 8, 2022, who indicated that they are opposed to the requested relief.

*/s/ Andrew B. Ryan*
Andrew B. Ryan

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record for PDV USA and Interamerican on November 10, 2022 via e-mail and e-filing.

                                 */s/ Robert L. Ashe III*
                                 Robert L. Ashe III