Case 1:22-cv-04558-JPB-CMS   Document 2   Filed 11/14/22   Page 1 of 4

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 14 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| JOHN DOE, <br><br> *Movant,* <br><br> v. <br><br> INTERAMERICAN CONSULTING, INC., <br><br> *Respondent.* | § § § § § § § § § § § § | **1:22-MI-0072** <br><br> Civil Action No. _____ <br><br> Related to *PDV USA, Inc. v. Interamerican Consulting, Inc.*, No. 20-cv-3699 (S.D.N.Y.) |

**MOTION FOR LEAVE TO FILE UNDER SEAL AND TO PROCEED ANONYMOUSLY**

Movant John Doe moves for leave to file the following documents under seal: (1) Memorandum of Law in Support of Movant's Motion to Quash, including all exhibits thereto and the accompanying proposed order, filed on November 10, 2022; (2) the Memorandum of Law in Support of Movant's Motion to Seal, including the exhibit thereto; and (3) the Supplemental Motion to Quash and Memorandum of Law in Support, including all exhibits thereto and the accompanying proposed order. Movant further moves for leave to Proceed Anonymously. For the reasons stated in the Memorandum of Law, there is good cause to seal the requested documents and

allow Movant to proceed anonymously on the terms stated in the Memorandum of Law.

Dated: November 14, 2022          Respectfully submitted,

/s/ Robert L. Ashe III
Robert L. Ashe III
Ga. Bar No. 208077
Solesse L. Altman
Ga. Bar No. 442827
**BONDURANT, MIXSON & ELMORE, LLP**
1201 W Peachtree St NW
Suite 3900
Atlanta, GA  30309-3417
Phone: 404-881-4100
Fax: 404-881-4111
ashe@bmelaw.com
altman@bmelaw.com

Andrew B. Ryan (*pro hac* forthcoming)
Texas Bar No. 24054464
Mitchell R. Garrett (*pro hac* forthcoming)
Texas Bar No. 24101795
**RYAN LAW PARTNERS LLP**
3811 Turtle Creek Blvd., Suite 780
Dallas, Texas 75219
T: (214) 347-7377
F: (888) 594-6240
E: andy@ryanlawpartners.com
E: mitch@ryanlawpartners.com

*Counsel for Movant*

## CERTIFICATE OF COMPLIANCE

The undersigned attorney hereby certified that the foregoing was prepared in accordance with N.D. Ga. L.R. 5.1, using Times New Roman font, 14 point.

/s/ Robert L. Ashe III
Ga. Bar No. 208077

#3482326v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record for PDV USA and Interamerican on November 14, 2022 via e-mail and e-filing.

/s/ Robert L. Ashe III
Robert L. Ashe III