# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **John Doe** | ) |
| | ) |
| | ) |
| | ) |
| Movant, | ) CIVIL ACTION FILE NO. |
| v. | ) **1:22-CV-4558-JPB-CMS** |
| | ) Related to *PDV USA, Inc. v.* |
| | ) *Interamerican Consulting, Inc.*, No. |
| | ) 20-cv-3699 (S.D.N.Y) |
| **Interamerican Consulting, Inc.** | ) |
| | ) |
| Respondent. | ) |

## ORDER

Pending before the Court is Movant John Doe's Motion for Leave to File Under Seal and to Proceed Anonymously [Doc. 2]. Movant John Doe moves for leave to file the following documents under seal: (1) Memorandum of Law in Support of Movant's Motion to Quash, including all exhibits thereto and the accompanying proposed order [Docs. 3-1 and 3-2]; (2) Memorandum of Law in Support of Movant's Motion to Seal and to Proceed Anonymously, including the exhibit thereto [Doc. 3-3]; and (3) the Supplemental Motion to Quash and Memorandum of Law in Support, including all exhibits thereto and the accompanying proposed order [Doc. 3-4 and 3-5]. Movant further moves for leave to proceed anonymously.

For the reasons stated in the Memorandum of Law in Support of Motion to Seal and to Proceed Anonymously, I find that there is good cause to seal the requested documents and allow Movant to proceed anonymously on the terms stated in the Memorandum of Law. Accordingly, the Motion for Leave to File Under Seal and to Proceed Anonymously [Doc. 2] is **GRANTED**.

During the upcoming hearing on the Motion to Quash, Supplemental Motion to Quash, and Motion to Compel, the Court **DIRECTS** the parties to refer to the Movant as either "Mr. Doe" or "the Movant."

**IT IS SO ORDERED**, this 30th day of November, 2022.

*[Signature]*

Hon. Catherine M. Salinas
United States Magistrate Judge